FILED
FEB 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in )
)
UNITED STATES OF AMERICA )
c/o Office of the U.S. Attorney )
555 4th Street, N.W. )
Civil Division )
Washington, DC  20530 )
)
v.

Case: 1:08-mc-00095
Assigned To : Lamberth, Royce C.
Assign. Date : 2/21/2008
Description: Miscellaneous

RAYMOND CARTER
c/o Heather Pinkney, Esq.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

)
)
)
)
Defendant.   )
)

## NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys, and on behalf of the Court Services and Offender Supervision Agency ("CSOSA" or "Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-415 (D.C. Cir. 1995), and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the agency states as follows:

1.  CSOSA received yesterday (February 20, 2008) a subpoena duces tecum by counsel for Raymond Carter requesting an appearance by an unspecified CSOSA Custodian Of Records who is instructed by the subpoena to bring records pertaining to the home address of a specified individual for the period June 4, 2007, through the present. The subpoena purports to call for the

testimony and documents in the Superior Court of the District of Columbia in the matter of <u>United States</u> v. <u>Raymond Carter</u>, Case No. 2007-CF1-14855.

2. A copy of the subpoena, redacted pursuant to Local Civ. Rule 5.4(f), is attached hereto.

3. CSOSA intends to move to quash, relying on federal law, upon the removal of this action.

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, <u>supra</u>. The underlying criminal case is not being removed and shall remain in Superior Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/_____
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o Office of the U.S. Attorney<br>555 4th Street, N.W.<br>Civil Division<br>Washington, DC  20530<br><br>v.<br><br>RAYMOND CARTER<br>c/o Heather Pinkney, Esq.<br>Public Defender Service<br>633 Indiana Avenue N.W.<br>Washington DC  20004<br><br>                    Defendant. | Case No. 2007-CF1-14855<br>Judge Dixon<br>CTD 2/25/2008 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To: RAYMOND CARTER
c/o Heather Pinkney, Esq.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

PLEASE TAKE NOTE that on February 21, 2008, the United States Attorney for the District of Columbia filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned subpoena matter, pursuant to 28 U.S.C. §§ 1442(a)(1), and 1446. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (and attachments) are attached

hereto. The underlying criminal case is not being removed and shall remain in Superior Court.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

      /s/
_____
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

*In Forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA
*Duces Tecum*

UNITED STATES ~~DISTRICT OF COLUMBIA~~

RECVD OSC FEB 20 '08 am

vs.

Raymond Carter

Case No. 2007-CF1-14855

To: Custodian of Records, Court Services and Offender Supervision Agency, 633 Indiana Ave NW, Washington, DC 20004

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division ~~room~~/courtroom **215** — Judge Dixon of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the **25th** day of **February**, 20**08**, at **9:30** a.m./~~p.m.~~ as a witness for **the Defense** of the home address Pg 2

☒ and bring with you **any and all records pertaining to Kinaisia E. Williams, DOB: ▓▓▓▓ from ~~the inception of~~ Case # 2006-DVM-2779 through the present. (JUNE 24 2007 in) Pg 3**

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this _____ day of _____, 20 _____.

Officer in Charge: _____    District: _____

Heather Pinckney, Esq.
Attorney for ~~Government~~/Defendant

Clerk, Superior Court of the District of Columbia
(signature) DIXON

Phone No. 202-824-2517

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____    Judge _____

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

Name and Title of Individual Served: Cynthia G. Tompkins, Deputy General Counsel

Address (If different than shown above): _____

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

Date(s) of Endeavor: 08-95

Date and Time of Service: 2/20/08 @ 11:15 am

REMARKS

FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature of Title of Server: Stephen Albert
ADS Investigator
202-824-2522

CD-1072/Jan 00

*U.S. GPO: 2000-520-516/04562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal and Notice of Filing of Notice of Removal of a Civil Action and attachments has been made by mailing copies thereof to:

Heather Pinkney, Esq.
Public Defender Service
633 Indiana Avenue N.W.
Washington DC  20004

on this 21st day of February, 2008.

_____
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, DC  20530
(202) 514-7201