UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in _____ )<br> )<br>UNITED STATES OF AMERICA )<br>c/o Office of the U.S. Attorney )<br>555 4th Street, N.W. )<br>Civil Division )<br>Washington, DC  20530 )<br> )<br>v. )<br> )<br>RAYMOND CARTER )<br>c/o Heather Pinkney, Esq. )<br>Public Defender Service )<br>633 Indiana Avenue N.W. )<br>Washington DC  20004 )<br> )<br>Defendant. ) | Misc. No. 08-95 RCL |

CONSENT MOTION TO DISMISS AND
AND SUPPORTING MEMORANDUM OF LAW

The United States Attorney, on behalf of the Court Services and Offender Supervision Agency ("CSOSA"), hereby moves to dismiss this miscellaneous matter without prejudice. Counsel for defendant has consented to this motion.

CSOSA received on February 20, 2008, a subpoena duces tecum from counsel for Raymond Carter requesting an appearance by a CSOSA Custodian Of Records who was instructed by the subpoena to bring records pertaining to the home address of a specified individual for the period June 4, 2007, through the present.  The subpoena was removed to this Court on February 21, 2008.  Subsequent to the removal, the criminal case in which the subpoena was issued was tried, and the defendant was acquitted.  This matter is now moot, and it can be dismissed from this Court's docket.

Attached is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, DC Bar #498610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
    /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in _____ )
                                          )
    UNITED STATES OF AMERICA           )
    c/o Office of the U.S. Attorney     )
    555 4th Street, N.W.                )
    Civil Division                      )
    Washington, DC 20530                )
                                          )
        v.                          )   Misc. No. 08-95 RCL
                                          )
    RAYMOND CARTER                      )
    c/o Heather Pinkney, Esq.           )
    Public Defender Service             )
    633 Indiana Avenue N.W.             )
    Washington DC 20004                 )
                                          )
        Defendant.                  )

<u>ORDER</u>

Upon consideration of the consent motion by the United States to dismiss this matter, it is this ____ day of _____, ORDERED that this miscellaneous matter is dismissed without prejudice from the docket of this Court.

                                                                          UNITED STATES DISTRICT COURT

Copies to counsel of record

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing consent motion to dismiss this miscellaneous matter has been made by mailing a copy thereof by first-class mail, postage prepaid, to:

> Heather Pinkney, Esq.
> Public Defender Service
> 633 Indiana Avenue N.W.
> Washington DC  20004

on this 15th day of April, 2008.

> /s/
> FRED E. HAYNES, DC Bar #165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, DC  20530
> (202) 514-7201