UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoena in _____ )<br>)<br>UNITED STATES OF AMERICA )<br>c/o Office of the U.S. Attorney )<br>555 4th Street, N.W. )<br>Civil Division )<br>Washington, DC  20530 )<br>)<br>          v. )<br>)<br>RAYMOND CARTER )<br>c/o Heather Pinkney, Esq. )<br>Public Defender Service )<br>633 Indiana Avenue N.W. )<br>Washington DC  20004 )<br>)<br>          Defendant.  ) | Misc. No. 08-95 RCL |

ORDER

Upon consideration of the consent motion by the United States to dismiss this matter, it is this 16th day of  April    , ORDERED that this miscellaneous matter is dismissed without prejudice from the docket of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 16, 2008.